UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ROBERT A. POWER (#528218)

VERSUS

BURL CAIN, ET AL.

CIVIL ACTION

NO. 13-295-JJB-SCR

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger, dated January 14, 2015 (doc. no. 46). The plaintiff filed an objection which essentially makes the same arguments and has been duly considered by the court.

The court hereby approves the report and recommendation of the Magistrate Judge and adopts it as the court's opinion herein. Accordingly, the defendant's Motion to Dismiss, treated as a motion for summary judgment is GRANTED in part, DISMISSING only the plaintiff's official capacity compensatory damages claims against defendant Trish Foster, the motion is DENIED insofar as the plaintiff sought injunctive relief against defendant Foster, and this matter is referred back to the magistrate judge for further proceedings.

Baton Rouge, Louisiana, February 9, 2015.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA