UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ROBERT A. POWER (#528218)

VERSUS

BURL CAIN, ET AL.

CIVIL ACTION

NO. 13-295-JJB-EWD

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Erin Wilder-Doomes dated March 1, 2016 (doc. no. 56) to which no objection has been filed.

The court hereby approves the report and recommendation of the Magistrate Judge and adopts it as the court's opinion herein. Accordingly, defendant Trish Foster's Motion for summary Judgment (doc. no. 53) is GRANTED, and this action is DISMISSED, with prejudice.

Baton Rouge, Louisiana, this   6th   day of April, 2016.

JAMES J. BRADY, U.S. DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA